**IT IS SO ORDERED.**

**Dated: 11:30 AM October 23 2007**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | |
| LALONNIE MAE TERRY ) | CHAPTER 13 |
| 874 S JENKINS BLVD ) | CASE NO: 07-50668 |
| AKRON, OH 44306 ) | |
| Debtor(s) ) | MARILYN SHEA-STONUM |
| ) | BANKRUPTCY JUDGE |
| ) | |
| ) | **ORDER OF DISMISSAL PRIOR TO CONFIRMATION** |

Now comes Jerome L. Holub, Chapter 13 Trustee, and hereby states that a hearing was held on **October 18, 2007,** to dismiss the above mentioned debtor(s) Chapter 13 case due to the fact that the debtor(s) have not been making his/her Chapter 13 plan payments as ordered.

**WHEREFORE,** the above mentioned Chapter 13 plan is dismissed for reasons as stated above.
###

Approved by:

/s/ jerome l. holub
Jerome L. Holub
Chapter 13 Trustee

cc:     Debtor(s)
        Debtor(s) Attorney -     **PRO SE**
                                ,

CHAPTER 13
Jerome L Holub
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
jholub@ch13akron.com